# United States District Court

Eastern District of Wisconsin

JAMILAH SABREE,
        Plaintiff,         **JUDGMENT IN A CIVIL CASE**

        v.         **CASE NUMBER**: 06-CV-78

OXFORD MANAGEMENT SERVICES, INC.,
        Defendant.

[X]   **Decision by Court**. This action came for consideration before the Court upon the Stipulation for Judgment by the parties. Pursuant to the Stipulation and according to the terms specified therein,

**IT IS ORDERED** that judgment is hereby entered in favor of plaintiff and against defendant in the amount of forty thousand dollars ($40,000.00), inclusive of damages, costs, and attorney's fees, payable according to the following schedule: $5,000.00 by no later than January 31, 2007; and $2,000.00 per month by the end of each month, beginning February 28, 2007. Payments shall be made payable to "Consumer Justice Law Center, LLC Iolta Client Trust Account" and sent to Attorney De Vonna Joy.

The Chief Executive Officer of defendant, Richard Pinto, agrees to personally guaranty payment. If paid on time, no lien or enforcement action will occur. If any payment is not made by the due date, plaintiff may exercise her normal enforcement and fee rights, including collection of any or all of the remaining balance from Richard Pinto.

Plaintiff shall provide defendant copies of all audiotapes upon completion of payment.

                                        EASTERN DISTRICT OF WISCONSIN
                                        Clerk of Court

Date: January 17, 2007         (By) s/C. Quinn, Deputy Clerk

                                        Approved this 17th day of January, 2007.

                                        s/AARON E. GOODSTEIN
                                        United States Magistrate Judge